STATE OF MAINE
PENOBSCOT, SS.

MARTIN BROWN, )
)
    and )
)
NORTHERN LOGISTICS, LLC, )
)
        PLAINTIFFS AND )
        DEFENDANTS-IN- )
        COUNTERCLAIM )
)
        v )
)
SUNRISE EXPEDITIONS )
INTERNATIONAL, LLC, )
)
KENT H. SEELY, )
)
        and )
)
DENNIS E. JACOBS, )
)
        DEFENDANTS AND )
        PLAINTIFFS-IN- )
        COUNTERCLAIM )

SUPERIOR COURT
CIVIL ACTION NO.: CV-06-123
*A MM ...PEN- ...*

JUDGMENT

FILED & ENT
SUPERIOR C...T

MAR 2 9 2007

PENOBSCOT COUNTY

Hearing having been had on Plaintiff's Request for a Hearing on

Damages, on March 27, 2007; the Court hereby orders judgment be

entered against the Defendants as follows:

As to Count I of the complaint: judgment for Plaintiffs in the

amount of $2,105.00 against Sunrise Expeditions International,

LLC.

As to Count II of the complaint: judgment for Plaintiffs in the

amount of $11,900 against Sunrise Expeditions International LLC.

As to Count III and Count V of the complaint: judgment for the Plaintiffs in the amount of $ 16,250.00 against Sunrise Expeditions International, LLC. The Court ORDERS that Sunrise Expeditions International LLC is hereby permanently enjoined from using Plaintiffs' images in any manner.

As to Count IV of the complaint: judgment for the Plaintiffs in the amount of $ 5,000.00 against Sunrise Expeditions International, LLC. The Court ORDERS that Sunrise Expeditions International, LLC is hereby permanently enjoined from using Plaintiffs' images including images in any calender in any manner.

As to Count VI and Count VII of the complaint: judgment for Plaintiffs in the amount of $5612.50, plus attorneys fees as hereinafter set forth, jointly and severally, against Defendant Kent Seely and Defendant Dennis Jacobs.

As to Count VIII and Count IX of the complaint: The Court declares that as a result of Defendant Kent Seely's and Defendant Dennis Jacobs' default under the Pledge and Assignment Agreement identified in the complaint, Plaintiff Martin Brown is free to exercise any and all of the rights he has pursuant to such Agreement which rights include but are not limited to, the right to vote any or all of the Defendants' stock interest in Sunrise

Expeditions International LLC, to sell or assign any or all of Defendants' interest or ownership in Sunrise Expeditions International LLC; to cause all or any part of Defendants' interest in Sunrise Expeditions International LLC be conveyed or transferred to Martin Brown or Northern Logistics LLC or to their nominees.

As to Count X of the complaint: The Court declares that Plaintiff Martin Brown is free from any non-competition restraints contained in any agreements with the Defendants not to compete with them.  He is hereby free to compete with the Defendants.

The Court finds that Plaintiffs have incurred $24,647.51 in attorney fees for which the Defendants are liable. Therefore, the Court ORDERS judgment, jointly and severally, against each of the Defendants in the amount of $ 24,647.51 .

As to the Amended complaint: the Court finds the Plaintiff Martin Brown has been damaged in that the Defendants Seely and Jacobs caused Martin Brown's ownership interest in Sunrise Expeditions International LLC to become, in all practicality, worthless. Judgment for Martin Brown against Defendants Seely and Jacobs in the amount of $18,750.00.

Plaintiffs are also awarded interest and costs against the

Defendants.

Dated: March 29, 2007

_____

Justice, Superior Court

MARTIN BROWN ET AL VS SUNRISE EXPEDITIONS INTERNATIONAL LLC ET AL
UTN:AOCSsr  -2006-0065531                 CASE #:BANSC-CV-2006-00123
-----------------------------------------------------------------------
SEL VD                             REPRESENTATION TYPE      DATE
01 0000000393 ATTORNEY:COUGHLIN, EUGENE
ADDR:23 WATER STREET PO BOX 919 BANGOR ME 04402-0919
      F FOR:MARTIN BROWN                      PL          RTND   01/31/2007
      F FOR:NORTHERN LOGISTICS LLC            PL          RTND   01/31/2007


02 0000006899 ATTORNEY:DOANE, WAYNE
ADDR:PO BOX 60 EXETER ME 04435
      F FOR:SUNRISE EXPEDITIONS INTERNATIONAL LLC   DEF        RTND   03/20/2007
      F FOR:KENT H SEELY                      DEF         RTND   03/20/2007
      For Dennis Jacobs




                        *More Attorneys*
            Enter Option: A=Add, B+Sel=Browse, M=More, R+Sel=RltnEdit:M

Select the EXIT KEY for page selection line.